1
2
3
4
5
6
7          UNITED STATES DISTRICT COURT

8          NORTHERN DISTRICT OF CALIFORNIA

9              SAN JOSE DIVISION

10

11  LOS ALTOS SCHOOL DISTRICT,              Case No.  5:17-cv-07080-EJD

              Plaintiff,

12                                          ORDER TO SHOW CAUSE RE:
                                            SETTLEMENT
        v.

13

14  L. S.,

              Defendant.

15

16          The court has been notified this action has settled.  Accordingly, the parties are ordered to

17  appear before the Honorable Edward J. Davila on **March 15, 2018, at 10:00 AM** in Courtroom

18  No. 4, 5th Floor, United States District Court, 280 South First Street, San Jose, California, 95113,

19  to show cause why the case should not be dismissed pursuant to Federal Rule of Civil Procedure

20  41(b).  On or before **March 8, 2018**, the parties shall file a joint statement in response to the Order

21  to Show Cause setting forth the status of the settlement as well as the amount of additional time

22  necessary to finalize and file a dismissal.

23          The Order to Show Cause shall be automatically vacated and the parties relieved of the

24  obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil

25  Procedure 41(a) is filed on or before **March 8, 2018.**

26          All other pretrial and trial deadlines and hearing dates are VACATED and any pending

27  motions, including the renewed Motion for Temporary Restraining Order (Dkt. No. 30), are

28

1   TERMINATED.

2       Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss

3   the action.

4

5       **IT IS SO ORDERED.**

6   Dated:  February 15, 2018

7   _____

8                                       EDWARD J. DAVILA
                                        United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  Case No.: 5:17-cv-07080-EJD
    ORDER TO SHOW CAUSE RE: SETTLEMENT