Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main: 510-550-8200 • Fax: 510-550-8211

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| LOS ALTOS SCHOOL DISTRICT, a local educational agency,<br><br>    Plaintiff,<br><br>vs.<br><br>L.S., a minor,<br><br>    Defendant. | Case No.: 5:17-cv-07080-EJD<br><br>[PROPOSED] ORDER |

Pursuant to the stipulation of the Parties and good cause appearing, it is HEREBY ORDERED that:

    1) The September 15, 2017 decision of the California Office of Administrative Hearings in Case No. 2017030443 be VACATED in its entirety; and

    2) This matter be dismissed WITH PREJUDICE. The Clerk shall close this file.

IT IS SO ORDERED.

DATED: March _8_, 2018

_____
Hon. Edward J. Davila
United States District Court Judge

00142-00145/4197326.1